# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 11-63-SLR |
| | : | |
| RONALDO C. EDMUND (a.k.a. *"Ninety"*) - 1 | : | |
| KELVIN COOK (a.k.a. *"C"*), - 4 | : | |
| JULIO ARCHER (a.k.a. *"Ace"*), - 5 | : | **REDACTED** |
| ROUMIK BANERJEE (a.k.a. *"R.B."*), - 6 | : | |
| MIA POTEAT, - 7 | : | |
| TINA SIMMONS, - 8 | : | |
| TESSA SNYDER, - 9 | : | |
| DYNISHA REVEL, - 10 | : | |
| RAABIA MUNIR, - 11 | : | |
| SHARON BUTERA, - 12 | : | |
| EFRAIN DIXON (a.k.a. *"Pepe"*), and - 13 | : | |
| BENJAMIN CARPENTER (a.k.a. *"Benji"*) - 14 | : | |
| | : | |
| Defendants. | : | |

FILED
2011 NOV -1 PM 5: 24
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## FIRST SUPERSEDING INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT 1

From in or around September 2008, and continuing to on or about June 15, 2011, in the District

of Delaware and elsewhere

> **RONALDO EDMUND (a.k.a. "Ninety"),**
> **KELVIN COOK (a.k.a. "C"),**
> **JULIO ARCHER (a.k.a. "Ace"),**
> **ROUMIK BANERJEE (a.k.a. "RB"),**
> **MIA POTEAT,**
> **TINA SIMMONS,**
> **TESSA SNYDER,**
> **DYNISHA REVEL,**
> **RAABIA MUNIR,**
> **SHARON BUTERA,**
> **EFRAIN DIXON (a.k.a. "Pepe"), and**
> **BENJAMIN CARPENTER (a.k.a. "Benji"),**

defendants herein, did knowingly conspire with each other and with persons known and unknown to the grand jury to possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and one (1) kilogram or more of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

From in or around September 2008, and continuing to on or about June 15, 2011, in the District of Delaware and elsewhere

> **RONALDO EDMUND (a.k.a. "Ninety"),**
> **KELVIN COOK (a.k.a. "C"),**
> **JULIO ARCHER (a.k.a. "Ace"),**
> **ROUMIK BANERJEE (a.k.a. "RB"),**
> **MIA POTEAT,**
> **TINA SIMMONS,**
> **TESSA SNYDER,**
> **DYNISHA REVEL,**
> **RAABIA MUNIR,**
> **SHARON BUTERA,**
> **EFRAIN DIXON (a.k.a. "Pepe"), and**
> **BENJAMIN CARPENTER (a.k.a. "Benji"),**

defendants herein, did knowingly conspire with each other and with persons known and unknown to the grand jury to knowingly import into the United States from the Republic of Panama and the United Mexican States five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, and one (1) kilogram or more of heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(1)(A), (B), 963, and Title 18, United States Code, Section 2.

-2-

## COUNT 3

On or about September 14, 2008, from the United Mexican States, the defendant **MIA POTEAT** did intentionally and knowingly import into the United States 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(2)(B), and Title 18, United States Code, Section 2.

## COUNT 4

On or about October 26, 2008, from the United Mexican States, the defendant **MIA POTEAT** did intentionally and knowingly import into the United States a quantity of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(3), and Title 18, United States Code, Section 2.

## COUNT 5

On or about October 26, 2008, from the United Mexican States, the defendant **TESSA SNYDER** did intentionally and knowingly import into the United States 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(2), and Title 18, United States Code, Section 2.

## COUNT 6

On or about February 10, 2009, from the Republic of Panama, the defendants **DYNISHA REVEL, RAABIA MUNIR, and MIA POTEAT** did intentionally and knowingly attempt to import

-3-

into the United States 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(B), 963, and Title 18, United States Code, Section 2.

### COUNT 7

On or about March 27, 2009, from the United Mexican States, the defendants **RONALDO EDMUND (a.k.a. "Ninety"), BENJAMIN CARPENTER (a.k.a. "Benji"), and EFRAIN DIXON (a.k.a. "Pepe")** did intentionally and knowingly import into the United States a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(3), and Title 18, United States Code, Section 2.

### COUNT 8

On or about July 27, 2009, from the United Mexican States, the defendant **ROUMIK BANERJEE (a.k.a. "RB")**, and others known to the grand jury did intentionally and knowingly import into the United States 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(2)(B), and Title 18, United States Code, Section 2.

### COUNT 9

On or about February 27, 2010, from the Republic of Panama, the defendant **SHARON BUTERA**, and others known to the grand jury did intentionally and knowingly attempt to import into

the United States 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(B), 963, and Title 18, United States Code, Section 2.

## COUNT 10

On or about April 8, 2010, from the Republic of Panama, the defendants **MIA POTEAT, KELVIN COOK (a.k.a. "C")** and others known to the grand jury did intentionally and knowingly attempt to import into the United States 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(B), 963, and Title 18, United States Code, Section 2.

## COUNT 11

On or about June 4, 2010, from the United Mexican States, the defendant **ROUMIK BANERJEE (a.k.a. "RB")** and others known to the grand jury did intentionally and knowingly import into the United States 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(2)(B), and Title 18, United States Code, Section 2.

## COUNT 12

On or about August 15, 2010, from the United Mexican States, the defendant **ROUMIK BANERJEE (a.k.a. "RB")** and others known to the grand jury did intentionally and knowingly import

into the United States 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance, and 500 grams or more of cocaine, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(2)(A) & (B), and Title 18, United States Code, Section 2.

## COUNT 13

On or about October 25, 2010, from the Republic of Panama, the defendants **ROUMIK BANERJEE (a.k.a. "RB"), RONALDO EDMUND (a.k.a. "Ninety"), BENJAMIN CARPENTER (a.k.a. "Benji"), EFRAIN DIXON (a.k.a. "Pepe")** and others known to the grand jury did intentionally and knowingly import into the United States 100 grams or more of a mixture and substance containing heroin, a Schedule I controlled substance, and 500 grams or more of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(2)(A) & (B), and Title 18, United States Code, Section 2.

## COUNT 14

On or about December 16, 2010, in the District of Delaware, the defendant **RONALDO C. EDMUND (a.k.a. "Ninety")** did knowingly distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 15

On or about January 28, 2011, in the District of Delaware, the defendant **RONALDO C. EDMUND (a.k.a. "Ninety")** did knowingly distribute a mixture and substance containing a detectable

amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 16

On or about March 4, 2011, from the United Mexican States, the defendants **TINA SIMMONS, RONALDO C. EDMUND (a.k.a. "Ninety")**, and others known to the grand jury did intentionally and knowingly import into the United States a mixture and substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(3), and Title 18, United States Code, Section 2.

## COUNT 17

On or about March 7, 2011, in the District of Delaware, the defendant **RONALDO C. EDMUND (a.k.a. "Ninety")** did knowingly distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 18

On or about April 7, 2011, from the United Mexican States, the defendants **JULIO ARCHER (a.k.a. "Ace"), RONALDO C. EDMUND (a.k.a. "Ninety")** and others known to the grand jury did intentionally and knowingly import into the United States 500 grams or more of cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(2)(B), and Title 18, United States Code, Section 2.

## COUNT 19

On or about June 12, 2011, from the United Mexican States, the defendant **RONALDO C. EDMUND (a.k.a. "Ninety")** and others known to the grand jury did intentionally and knowingly import into the United States 100 grams or more of a mixture and substance containing heroin a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) & 960(b)(2)(B), and Title 18, United States Code, Section 2.

## COUNT 20

On or about June 15, 2011, in the District of Delaware and elsewhere, the defendant **RONALDO C. EDMUND (a.k.a. "Ninety")** and others known to the grand jury did knowingly possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B ) and Title 18, United States Code, Section 2.

## NOTICE OF FORFEITURE

Forfeiture Allegation for Counts 1-20

Upon conviction of the controlled substances offense alleged in Counts 1-20 of this Indictment, defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853 any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, in any manner or part, to commit or to facilitate the commission of the said violations.

If any of the forfeitable property, as a result of any act or omission of the defendant:

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which cannot be divided with difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other

property of said defendants up to the value of the forfeitable property described above.

All in accordance with Title 21, United States Code, Sections 853 & 881, and Rule 32.2(a),

Federal Rules of Criminal Procedure.

A TRUE BILL:


Foreperson


CHARLES M. OBERLY, III
United States Attorney

By: _____
Robert F. Kravetz
Assistant U.S. Attorney

Dated: November 1, 2011