IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 11-63-RGA |
| : | |
| RONALDO C. EDMUND (a.k.a. *"Ninety"*) : | |
| KELVIN COOK (a.k.a. *"C"*), : | |
| JULIO ARCHER (a.k.a. *"Ace"*), : | |
| ROUMIK BANERJEE (a.k.a. *"R.B."*), : | |
| MIA POTEAT, : | |
| TINA SIMMONS, : | |
| TESSA SNYDER, : | |
| DYNISHA REVEL, : | |
| RAABIA MUNIR, : | |
| SHARON BUTERA, : | |
| EFRAIN DIXON (a.k.a. *"Pepe"*), and : | |
| BENJAMIN CARPENTER (a.k.a. *"Benji"*) : | |
| : | |
| Defendants. : | |

## MOTION TO UNSEAL CASE FILE

NOW COMES the United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney, and hereby files the following motion to unseal the criminal case file in the above-captioned matter, with the exception of the government's ex parte motion and the Court's resulting order for a protective order pursuant to Fed. Rule of Criminal Procedure 16(d) (D.I. 71 and 72); and the sealed memorandum of plea agreement (D.I. 26), which the Court sealed at the request of defense counsel.

In support of this motion, the government asserts that each of the defendants named in the Second Superseding Indictment who are currently in the United States have been arrested and have made their initial appearances on the charges in the indictment.

Respectfully submitted,

CHARLES M. OBERLY, III
United States Attorney

By: /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant U.S. Attorney
District of Delaware

Dated: December 15, 2011

And now, this 16th day of December 2011, IT IS HEREBY ORDERED that the criminal case file in Case No. 11-63-RGA shall be UNSEALED, with the exception of the government's ex parte motion and the Court's resulting order for a protective order pursuant to Fed. Rule of Criminal Procedure 16(d) (D.I. 71 and 72), and the sealed memorandum of plea agreement (D.I. 26).

/s/ Richard G. Andrews
HON. RICHARD G. ANDREWS
UNITED STATES DISTRICT JUDGE