IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 11-63-RGA |
| | ) | |
| KIMBERLY FOWLER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Charles M. Oberly, III, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss the Indictment as it pertains to the above-named defendant. On October 22, 2012, this defendant successfully completed the Pretrial Diversion Program as recommended by the United States Probation and Pretrial Services.

CHARLES M. OBERLY, III
United States Attorney

By: _____
Robert F. Kravetz
Assistant United States Attorney

Dated: *November 2, 2012*

**IT IS SO ORDERED** this _____ day of _____ 2012.

_____
HONORABLE RICHARD G. ANDREWS
United States District Court